J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Warner Bros. Entertainment Inc.

**FILED: 4/7/11**

JS-6

Curtis R. Tingley (SBN 112322)
*ctingley@tingleyllp.com*
Bruce C. Piontkowski (SBN 152202)
*bpiontkowski@tingleyllp.com*
Jonathan A. McMahon (SBN 239370)
*jmcmahon@tingleyllp.com*
Tingley Piontkowski LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone: (408) 283-7000
Facsimile: (408) 283-7010

Attorneys for Defendant Dennis Thomas, an individual and d/b/a www.thomasfilmclassics.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Entertainment Inc.,<br>Plaintiff,<br>v.<br>Dennis Thomas, an individual and d/b/a www.thomasfilmclassics.com, and Does 1 through 10, inclusive,<br>Defendants. | Case No. CV10-5956 GHK (AGRx)<br>[~~PROPOSED~~] CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Entertainment Inc. (“Plaintiff”) and Defendant Dennis Thomas, an individual

and d/b/a www.thomasfilmclassics.com ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, video compact discs (VCDs), digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or

logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11) This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: 4/6/11

Hon. George H. King
Judge, United States District Court
for the Central District of California

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: ______________________________
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Warner Bros. Entertainment Inc.

Tingley Piontkowski LLP

By: ______________________________
Curtis R. Tingley
Bruce C. Piontkowski
Jonathan A. McMahon
Attorney for Defendant Dennis Thomas, an individual and d/b/a www.thomasfilmclassics.com

**EXHIBIT A**

**PLAINTIFF'S WORKS**

| Titles | Registration No. |
|---|---|
| 2001 - A Space Odyssey | RE731536 |
| 3 Godfathers | R618927 |
| Act of Violence | R621339 |
| Adventures of Penrod and Sam aka Penrod and Sam | R221916 |
| Arsene Lupin | R230221 |
| Arsene Lupin Returns | R356572 |
| Batman & Robin | PA859518 |
| Batman Returns | PA569651 |
| Big Steal | R63796 |
| Casablanca (Two-Disc Special Edition) | R479239 |
| Case of the Black Cat | R333681 |
| Case of the Curious Bride | R294790 |
| Case of the Howling Dog | R286403 |
| Case of the Lucky Legs | R304094 |
| Case of the Stuttering Bishop | R345326 |
| Case of the Velvet Claws | R320087 |
| Chinese Ring | R598931 |
| Crime Wave | RE131469 |
| Dangerous Money | R574061 |
| Dark Alibi | R561680 |
| Decoy | R572505 |
| Docks of New Orleans | R610850 |
| Entourage: The Complete First Season | Pilot: PA1240293 |
| Fast Company | 1938: R364009;<br>1953: RE77-528 |
| Feathered Serpent | R635320 |
| Forty Naughty Girls | R354275 |
| Get Smart | PA1606281 |
| Golden Eye | R615165 |
| Illegal | R163870 |
| Macao 1952 RKO | RE73-591 |
| Maisie | R387245 |

| | |
|---|---|
| Maisie Gets Her Man | R462538 |
| Maisie Goes to Reno | R509581 |
| Maisie Was a Lady | R428243. |
| McClain's Law | PA131214-PILOT EPISODE |
| Murder on a Honeymoon | R297486 |
| Murder on the Blackboard | R281533 |
| Murder on the Bridle Path | R316931 |
| Mystery Street | R661941 |
| Orphan | PA1636676 |
| Penguin Pool Murder | R250796. |
| Red Dragon | R555467 |
| Shadows over Chinatown | R569474 |
| Shanghai Chest | R615168 |
| Side Street | R650456 |
| Sky Dragon, The | R635328 |
| Tension | R646600 |
| The Plot Thickens | R334515 |
| The Trap | R579843. |
| They Live by Night | R632498 |
| Where Danger Lives | RE5322 |
| Wizard of Oz, The | R 390474 |